U.S. PRETRIAL SERVICES AGENCY ☆ EASTERN DISTRICT OF NEW YORK

## PRETRIAL SUPERVISION STATUS REPORT

| Name of Defendant: | | |
|---|---|---|
| Angelo Germano | | |
| **Presiding Judge:** | **Date of Hearing:** | **Type of Hearing:** |
| Dora L. Irizarry | October 16, 2013 | Sentencing |
| **Docket Number:** | **Date of Initial Appearance:** | **Date of Release:** |
| 11 CR 486-22 | July 13, 2011 | August 2, 2011 |

#### SUMMARY OF RELEASE INFORMATION:

On July 13, 2011, the defendant appeared before then U.S. Magistrate Judge Andrew L. Carter for his initial appearance, and a permanent order of detention was issued. On August 2, 2011, the defendant appeared before U.S. Magistrate Judge Ramon R. Reyes, Jr. for a detention hearing and was released on a $500,000 bond secured by property and cosigned by four sureties. In addition, the following release conditions were imposed:

- Travel restricted to the Eastern and Southern Districts of New York;
- No contact with codefendants unless in the presence of defense counsel;
- Surrender all travel documents and do not apply for a new passport;
- Subject to random home and employment visits;
- Report as directed to Pretrial Services;
- Home detention with location monitoring with the exception of leaving for court appearances, attorney visits, medical appointments for himself and his mother;
- Subject to random drug testing and substance abuse treatment;

#### COMPLIANCE WITH RELEASE CONDITIONS:

Since the defendant's release, he has been compliant with his location monitoring schedules and his monthly submission of required documents, such as proof of residence and medical appointments. Additionally, all his urinalyses have been negative for the presence of illicit substances.

#### UPDATED SOCIAL INFORMATION:

The defendant continues to live with his mother at 1017 Burke Avenue, Bronx, New York. Prior to his arrest, the defendant was a professional poker player, however, he remained unemployed since 2008. He and his mother are supported through their savings and family.

#### VERIFICATION OF COMMUNITY TIES:

The last home visit was conducted on October 4, 2013. On October 7, 2013, he submitted his monthly supervision report along with the utility bills.

#### ADJUSTMENT TO SUPERVISION:

Since Mr. Germano's release on bail, he has followed reporting instructions without any issues.

## CRIMINAL RECORD CHECK:

A criminal record check conducted on October 1, 2013, reflects no additional criminal activity.

## REASSESSMENT OF RISKS:

The initial bail report listed the following risks of non-appearance and danger:

*Risks of Non-Appearance:*

- Nature of Offense Charged
- Criminal History

*Risks of Danger:*

- Nature of Offense Charged
- Criminal History

There are no additional risks on non-appearance or danger to the community known to Pretrial Services at this time.

## CONDITIONS TO CONSIDER AT SENTENCING:

Based on the defendant's compliance to date, Pretrial Services believes that the defendant is a candidate for a voluntary surrender should a custodial sentence be imposed.

## REQUEST TO MODIFY CONDITIONS OF RELEASE:

Pretrial Services is not requesting any modifications to the conditions of release at this time.

## COMMENTS:

Mr. Germano complied with his supervision requirements, and his compliance has been appreciated by supervising officers.

**Submitted by:**

*/s/ Anna Lee*

**Anna Lee**

U.S. Pretrial Services Officer

**Approved by:**

*/s/ Ignace Sanon-Jules*

**Ignace Sanon Jules**

Supervising U.S. Pretrial Services Officer

Date:       October 9, 2013