# GROSSMAN & RINALDO
### ATTORNEYS AT LAW

STUART J. GROSSMAN
PAUL P. RINALDO

108-18 QUEENS BOULEVARD
8TH FLOOR, SUITE 5
FOREST HILLS, NEW YORK 11375
(718) 520-8722
FAX (718) 793-0894
E-MAIL: grossmanrinaldo@aol.com

October 25, 2013

<u>VIA ECF & REGULAR MAIL</u>

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>United States v. Angelo Germano</u>
      <u>Docket No. 11-CR-486 (S-1)-22(DLI)</u>

Dear Judge Irizarry:

  Since the defendant's mother has decided to remain in New York and not relocate to North Carolina during her son's incarceration, the defendant requests that the Judgment in a Criminal Case be amended to reflect the Court's recommendation that he be designated to a facility as close to New York City as possible.

  Thank you for your attention.

              Respectfully submitted,

              Stuart J. Grossman

cc: AUSA Steven L. Tiscione, (Via ECF)
   USPO Patricia A. Sullivan, (Via Regular Mail)
   Angelo Germano,, (Via Regular Mail)